# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 6, 2026

Lyle W. Cayce
Clerk

No. 25-30613

Dodiyi J. Williamwest,

*Plaintiff—Appellant*,

*versus*

Sherry Richardson; Stars Oil; Marlin Gusman, *Sheriff*; Sean LeBeouf, POI; LSUNO; Jacques Miller; Quickies Discount; Crescent & Moon, Incorporated; Robert Jackson; Bobby Jindal; LA Land Trust; Barack Obama, *President*; Barry Grundman; Sarah Deland, *Doctor*; NOLA Green Roots; Office of Motor Vehicle Louisiana; Road Home; Allstate Insurance Company; Dr. Bicks; James M. Lawler; Housing Authority of New Orleans, *also known as* HANO; Martin Wiltz; Sergeant Blanchard; Mitch Landrieu; New Orleans City,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-800

No. 25-30613

Before HIGGINSON, WILLETT, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Dodiyi J. Williamwest filed a civil action against numerous defendants. After this court issued a final judgment dismissing all claims against all defendants, a panel of this court affirmed in part and vacated and remanded in part. *Williamwest v. Richardson*, No. 23-30264, 2024 WL 3372677, at \*1-3 (5th Cir. July 11, 2024) (unpublished). Following remand, the district court dismissed the remanded claims. Williamwest now moves for leave to proceed in forma pauperis (IFP) on appeal from that dismissal.

A timely notice of appeal is a jurisdictional requirement in a civil action. *Bowles v. Russell*, 551 U.S. 205, 214 (2007). Williamwest's notice of appeal should have been filed within 60 days of the entry of judgment. FED. R. APP. P. 4(a)(1)(B). The district court entered judgment on February 26, 2025. Williamwest's notice of appeal is dated October 9, 2025. Although Williamwest apparently did not receive notice within 21 days of the entry of judgment, he did not seek to reopen the time to file an appeal within 180 days of the entry of judgment. *See* FED. R. APP. P. 4(a)(6).

As Williamwest's notice of appeal is untimely, his appeal is DISMISSED for lack of jurisdiction. *See* FED. R. APP. P. 4(a)(1)(B); *Bowles*, 551 U.S. at 214. His IFP motion is DENIED.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.